KEVIN J. DEHOFF, ESQ., SB No. 252106
  Email: kdehoff@akk-law.com
AMIE MCTAVISH, ESQ., SB No. 242372
  Email: amctavish@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO (also sued erroneously herein as YOLO COUNTY SHERIFF'S DEPARTMENT and YOLO COUNTY PROBATION DEPARTMENT), L. GARCIA, J. CEJA, J. LAZARO, M. NEVIS, and V. BIGELOW

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARIE NIESEN, | Case No.: 2:14-cv-02921-WBS-DAD |
| Plaintiff, | |
| vs. | **STIPULATION EXTENDING TIME FOR DEFENDANT BIGELOW TO RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER THEREON** |
| L. GARCIA, YOLO COUNTY SHERIFF'S DEPUTY; J. CEJA, YOLO COUNTY SHERIFF'S DEPUTY; J. LAZARO, YOLO COUNTY SHERIFF'S DEPUTY; M. NEVIS, YOLO COUNTY SHERIFF'S DEPUTY; OFFICER BIGELOW, ANIMAL CONTROL OFFICER FOR YOLO COUNTY; YOLO COUNTY SHERIFF'S DEPARTMENT; YOLO COUNTY PROBATION DEPARTMENT, and Does 1 through 50, et al., | |
| Defendants. | |

WHEREAS Defendants COUNTY OF YOLO (also sued erroneously herein as YOLO COUNTY SHERIFF'S DEPARTMENT and YOLO COUNTY PROBATION DEPARTMENT), L. GARCIA, J. CEJA, J. LAZARO, and M. NEVIS responded to the complaint by filing a motion to dismiss, which is set to be heard on April 20, 2015.

///

1    WHEREAS Defendant V. BIGELOW was served with the complaint after the other Defendants and thus is not a party to the motion.

3    WHEREAS Defendant V. BIGELOW'S response date to the complaint is April 16, 2015.

4    WHEREAS Plaintiff's counsel has agreed to give Defendant BIGELOW a response time to the complaint that is contemporaneous with the other Defendants and based upon the Court's ruling on the motion to dismiss.

7    WHEREAS this is the parties' first request for an extension.

8    THE PARTIES THEREFORE, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD MAKE THE FOLLOWING STIPULATED REQUEST:

10    1.    If the motion to dismiss is denied, Defendant BIGELOW will respond concurrently with the other Defendants in the same answer within the statutory time period after a denial of the motion.

13    2.    If the motion to dismiss is granted, Defendant BIGELOW will respond to any amended complaint simultaneously with the other Defendants.

15    IT IS SO ORDERED.

Dated:  April 14, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated:  April 10, 2015            LAW OFFICES OF JULIA M. YOUNG

                                  */s/ Julia M. Young*
                                  [as authorized on 4/10/15]
                              By:_____
                                  JULIA M. YOUNG
                                  Attorney for Plaintiff THERESA MARIE NIESEN

1
2
3
4  Dated:  April 14, 2015                        ANGELO, KILDAY & KILDUFF, LLP

5                                                      */s/ Kevin J. Dehoff*
                                                By:_____
6                                                   KEVIN J. DEHOFF
                                                    AMIE McTAVISH
7                                                   Attorneys for Defendants COUNTY OF
                                                    YOLO, L. GARCIA, J. CEJA, J.
8                                                   LAZARO, M. NEVIS, and V.
                                                    BIGELOW
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28