KEVIN J. DEHOFF, ESQ., SB No. 252106
    Email: kdehoff@akk-law.com
AMIE MCTAVISH, ESQ., SB No. 242372
    Email: amctavish@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO (also sued erroneously herein as YOLO COUNTY SHERIFF'S DEPARTMENT and YOLO COUNTY PROBATION DEPARTMENT), L. GARCIA, J. CEJA, J. LAZARO, M. NEVIS, and V. BIGELOW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARIE NIESEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>L. GARCIA, YOLO COUNTY SHERIFF'S DEPUTY; J. CEJA, YOLO COUNTY SHERIFF'S DEPUTY; J. LAZARO, YOLO COUNTY SHERIFF'S DEPUTY; M. NEVIS, YOLO COUNTY SHERIFF'S DEPUTY; OFFICER BIGELOW, ANIMAL CONTROL OFFICER FOR YOLO COUNTY; YOLO COUNTY SHERIFF'S DEPARTMENT; YOLO COUNTY PROBATION DEPARTMENT, and Does 1 through 50, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:14-cv-02921-WBS-DAD<br><br>**STIPULATION EXTENDING TIME FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND [~~PROPOSED~~] ORDER THEREON** |

　　　　WHEREAS Defendants COUNTY OF YOLO (also sued erroneously herein as YOLO COUNTY SHERIFF'S DEPARTMENT and YOLO COUNTY PROBATION DEPARTMENT), L. GARCIA, J. CEJA, J. LAZARO, and M. NEVIS responded to the complaint by filing a motion to dismiss, which is set to be heard on April 20, 2015.

　　　　WHEREAS the motion has been fully briefed by the parties.

1  WHEREAS Plaintiff Niesen's counsel is scheduled to begin a jury trial beginning on April 20, 2015, which is estimated to last four weeks.

WHEREAS Defendants have agreed to move the scheduled hearing for the motion to dismiss until the first available court date May 18, 2015 onward in light of Plaintiff's counsel's unavailability.

WHEREAS the parties had previously agreed to serve initial disclosures in this matter on or before April 8, 2015.

WHEREAS Plaintiff was unable to serve initial disclosures by the previously agreed upon deadline.

WHEREAS Plaintiff has agreed to provide initial disclosures on or before April 24, 2015 negating the need for Defendants to file a motion to compel pursuant to FRCP 37(a)(1).

THE PARTIES THEREFORE, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD MAKE THE FOLLOWING STIPULATED REQUEST:

1. The hearing for the motion to dismiss currently scheduled for April 20, 2015 is hereby moved until the first available court day May 18, 2015 at 2:30 p.m..

2. Plaintiff agrees to provide her FRCP 26(a)(1)(A) initial disclosures on or before April 24, 2015.

Dated:  April 15, 2015

LAW OFFICES OF JULIA M. YOUNG

*/s/ Julia M. Young*
[as authorized on 4/15/15]
By:_____
JULIA M. YOUNG
Attorney for Plaintiff THERESA MARIE NIESEN

Dated:  April 15, 2015             ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ Kevin J. Dehoff*

By: _____
    KEVIN J. DEHOFF
    AMIE McTAVISH
    Attorneys for Defendants COUNTY OF YOLO, L. GARCIA, J. CEJA, J. LAZARO, M. NEVIS, and V. BIGELOW

## ORDER OF THE COURT

No oral argument will be necessary. The court will take the motion under submission without oral argument. The 4/20/2015 hearing is vacated, and no appearance is necessary.

Dated: April 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE