UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARIE NIESEN, | No. 2:14-cv-2921 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| L. GARCIA, YOLO COUNTY SHERIFF'S DEPUTY; J. CEJA, YOLO COUNTY SHERIFF'S DEPUTY; J. LAZARO, YOLO COUNTY SHERIFF'S DEPUTY; M. NEVIS, YOLO COUNTY SHERIFF'S DEPUTY; OFFICER BIGELOW, ANIMAL CONTROL OFFICER FOR YOLO COUNTY; YOLO COUNTY SHERIFF'S DEPARTMENT; YOLO COUNTY PROBATION DEPARTMENT, and Does 1 through 50, et al., | |
| Defendants. | |

Plaintiff, proceeding through counsel, commenced this action on December 16, 2014, by filing a complaint and paying the required filing fee. (Dkt. No. 1.) On July 12, 2016, judgment was entered. (Dkt. No. 31.) On August 8, 2016, plaintiff filed a motion to proceed in forma pauperis. (Dkt. No. 35.) That same day the assigned District Judge referred to the undersigned the resolution of plaintiff's motion to proceed in forma pauperis. (Dkt. No. 36.)

/////

1

1 　　　The undersigned finds that plaintiff's in forma pauperis application makes the showing
2 required by the statute.
3 　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's August 8, 2016 motion to
4 proceed in forma pauperis (Dkt. No. 35) is granted.
5 Dated: August 12, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
Ddb1\orders.civil\niesen2912.ifp.ord